STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

COLE W. CONKLIN,
*Defendant-Appellant.*

Marion County Circuit Court
04C47611; A127226 (Control)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ANDREW JOHN PATRICK BETTS,
*Defendant-Appellant.*

Marion County Circuit Court
04C-50598; A127272

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ERIK ROBERT LAND,
aka Eric Robert Land,
*Defendant-Appellant.*

Marion County Circuit Court
04C-47610; A127635

168 P3d 1158

Rebecca A. Duncan, Chief Deputy Public Defender, Office of Public Defense Services, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

## PER CURIAM

In these consolidated criminal cases, both parties jointly request reconsideration of our prior opinion, *State v. Conklin*, 214 Or App 80, 162 P3d 364 (2007), noting that our dispositional paragraph failed to order a remand for resentencing in two of the three consolidated cases involved in this appeal. We modify the disposition of the case as follows in order to correct that oversight:

Reconsideration allowed; former opinion modified and adhered to as modified; former disposition withdrawn. In A127226 and A127635, convictions for violation of *former* ORS 475.999(1) (2003) vacated and remanded for entry of convictions for violation of ORS 475.840, and for resentencing. In A127272, conviction for violation of *former* ORS 475.999(1) (2003) vacated and remanded for entry of conviction for violation of ORS 475.840, and for resentencing; otherwise affirmed.